THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAEIL RO,<br><br>    Plaintiff,<br><br>v.<br><br>EVEREST INDEMNITY INSURANCE COMPANY, a foreign insurance company,<br><br>    Defendant. | No.: 2:16-cv-664 RSL<br><br>STIPULATED BRIEFING SCHEDULE REGARDING CROSS MOTIONS FOR PARTIAL SUMMARY JUDGMENT<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**January 11, 2017** |

Plaintiff Daeil Ro and Defendant Everest Indemnity Insurance Company, through their respective counsel, submit this Stipulated Briefing Schedule Regarding Cross Motions for Partial Summary Judgment in accordance with Local Civil Rule 7(k).[1]

The parties agree that the Court should permit Plaintiff to re-note his Motion for Partial Summary Judgment Regarding Defendant's Duty to Defend (Dkt No. 49) for consideration on February 17, 2017. Defendant will also note its cross motion for partial summary judgment on February 17, 2017. The parties further propose the following agreed briefing schedule for their respective cross motions for partial summary judgment:

//

---

[1] Local Rule W.D. Wash. LCR 7(k).

STIPULATED BRIEFING SCHEDULE REGARDING CROSS MOTIONS FOR PARTIAL SUMMARY JUDGMENT
NO.: 2:16-CV-664

PAGE 1

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

| Pleading | Filing Date |
|---|---|
| Plaintiff's Motion for Partial Summary Judgment | January 5, 2017 |
| Defendant's Combined Response/Cross Motion for Partial Summary Judgment | January 23, 2017 |
| Plaintiff's Combined Reply/Response | February 10, 2017 |
| Defendant's Reply | February 17, 2017 |

The parties also stipulate that, in total, Plaintiff's Motion for Partial Summary Judgment and Combined Reply/Response shall not exceed 48 pages. Likewise, the parties stipulate that, in total, Defendant's Combined Response/Cross Motion for Partial Summary Judgment and Reply shall not exceed 48 pages.

**IT IS SO ORDERED** this 12th day of January 2017.

*/s/ Robert S. Lasnik*
HONORABLE ROBERT S. LASNIK

STIPULATED BRIEFING SCHEDULE REGARDING CROSS MOTIONS FOR PARTIAL SUMMARY JUDGMENT
NO.: 2:16-CV-664

PAGE 2

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Submitted by:

BULLIVANT HOUSER BAILEY PC

By  s/ Daniel R. Bentson
  Daniel R. Bentson, WSBA #36825
  E-Mail: dan.bentson@bullivant.com
  Owen R. Mooney, WSBA # 45779
  E-Mail: owen.mooney@bullivant.com
  1700 Seventh Ave., Suite 1810
  Seattle, Washington 98101
  206.292.8930

  Attorneys for Defendant Everest Indemnity Insurance Company

HARPER HAYES PLLC

By  s/ Charles Davis
  Gregory L. Harper, WSBA # 27311
  E-Mail: greg@harperhayes.com
  Charles K. Davis, WSBA # 38231
  E-Mail: cdavis@harperhayes.com
  Thomas M. Williams, WSBA # 47654
  600 University Street, Suite 2420
  Seattle, Washington 98101
  206.340.8010

  Attorneys for Plaintiff

STIPULATED BRIEFING SCHEDULE REGARDING CROSS MOTIONS FOR PARTIAL SUMMARY JUDGMENT
NO.: 2:16-CV-664

PAGE 3

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930