THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAEIL RO,<br><br>Plaintiff,<br><br>v.<br><br>EVEREST INDEMNITY INSURANCE COMPANY, a foreign insurance company; BROWN & BROWN PROGRAM INSURANCE SERVICES, INC., a California corporation d/b/a LANCER CLAIMS SERVICES,<br><br>Defendants. | No.: 2:16-cv-664 RSL<br><br>STIPULATION TO EXTEND DEADLINE TO CONSUMMATE SETTLEMENT<br><br>NOTED ON THE MOTION CALENDAR:<br><br>June 30, 2017 |

## **STIPULATION**

Plaintiff Daeil Ro and Defendant Everest Indemnity Insurance Company submit this stipulated motion to extend the deadline to consummate settlement to July 31, 2017.

The decision to extend a deadline of this nature is within the broad discretion of the Court.[1] And the Court can extend the deadline for good cause,[2] as in when a party cannot

---

[1] *Johnson v. Mammoth Recreation*, 975 F.2d 604, 607 (9th Cir. 1992) (addressing court's broad discretion in supervising the pretrial phase of litigation).

[2] *See* Dkt No. 64 (extending deadline to consummate settlement to July 3, 2017, at the parties' request and for good cause shown); FRCP 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent.").

meet the deadline despite the diligence of the party seeking the extension.[3]

Here, the parties have settled this case. And the Court recently issued a minute order extending the deadline to consummate settlement to Monday, July 3, 2017.[4]

The parties have been working together to finalize their written settlement agreement. They have approved the written agreement's terms, and the parties' counsel are working to obtain the appropriate signatures to complete the written agreement. But, some of the people from whom signatures must be obtained are outside of this state and country. As a result, the parties need more time to get the agreement signed. For these reasons, the parties respectfully ask the Court to extend the deadline to consummate settlement to July 31, 2017.

Accordingly, it is hereby STIPULATED and AGREED by and between the parties that the Court should extend the deadline to consummate settlement to July 31, 2017.

DATED: June 30, 2017.

BULLIVANT HOUSER BAILEY P.C.

By: /s/ Daniel R. Bentson
Daniel R. Bentson, WSBA #36825
E-mail: dan.bentson@bullivant.com
Owen R. Mooney, WSBA #45779
E-mail: owen.mooney@bullivant.com
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101
Phone: (206) 292-8930

Attorneys for Everest Indemnity Insurance Company

HARPER HAYES PLLC

By /s/ Charles K. Davis (per email approval)
Gregory L. Harper, WSBA #27311
greg@harperhayes.com
Charles K. Davis, WSBA #38231
cdavis@harperhayes.com
Thomas M. Williams, WSBA #47654
twilliams@harperhayes.com
Harper Hayes PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206.340.8010

Attorneys for Plaintiff

---

[3] *See Johnson*, 975 F.2d at 609 (indicating that court may modify a pretrial schedule if it cannot be met despite the party's diligence)

[4] Dkt No. 64.

## ORDER

The Court GRANTS the parties' stipulated motion to extend the deadline to consummate settlement, and EXTENDS the deadline to consummate settlement to Monday, July 31, 2017.

DATED this 6th day of July, 2017.

_/s/ Robert S. Lasnik_
Honorable Robert S. Lasnik

Presented By:

BULLIVANT HOUSER BAILEY PC

By  /s/ Daniel R. Bentson
    Daniel R. Bentson, WSBA #36825
    E-mail: dan.bentson@bullivant.com
    Owen R. Mooney, WSBA #45779
    E-mail: owen.mooney@bullivant.com
    1700 Seventh Ave., Suite 1810
    Seattle, Washington 98101
    206.292.8930

Attorneys for Defendant Everest Indemnity Insurance Company

Approved as to Form:

HARPER HAYES PLLC

By  /s/ Charles K. Davis (per email approval)
    Gregory L. Harper, WSBA #27311
    greg@harperhayes.com
    Charles K. Davis, WSBA #38231
    cdavis@harperhayes.com
    Thomas M. Williams, WSBA #47654
    twilliams@harperhayes.com
    Harper Hayes PLLC
    One Union Square
    600 University Street, Suite 2420
    Seattle, Washington 98101
    Telephone: 206.340.8010

Attorneys for Plaintiff Daeil Ro