THE HONORABLE ROBERT S. LASNIK

1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
9                 AT SEATTLE

10  DAEIL RO,

                                              No.: 2:16-cv-664 RSL
11              Plaintiff,
                                              STIPULATED MOTION TO DISMISS
12      v.                                    PLAINTIFF DAEIL RO'S CLAIMS WITH
                                              PREJUDICE
13  EVEREST INDEMNITY INSURANCE
    COMPANY, a foreign insurance company,     **NOTE ON MOTION CALENDAR:**
14
                Defendant.                     **November 6, 2017**
15

16                     **STIPULATION AND ORDER**

17      Plaintiff Daeil Ro and Defendant Everest Indemnity Insurance Company ("Everest")

18  (together, the "Parties") stipulate that Ro's claims against Everest, including but not limited

19  to all contractual and extra-contractual claims, are fully compromised and should be

20  dismissed with prejudice and without an award of costs or fees to any of the Parties.

21  BULLIVANT HOUSER BAILEY P.C.          HARPER HAYES PLLC

22  By: s/ Daniel R. Bentson             By: s/ Charles K. Davis (per email authorization)
        Daniel R. Bentson, WSBA #36825       Gregory L. Harper, WSBA #27311
23      E-mail: dan.bentson@bullivant.com     greg@harperhayes.com
        Owen R. Mooney, WSBA #45779          Charles K. Davis, WSBA #38231
24      E-mail: owen.mooney@bullivant.com    cdavis@harperhayes.com

25  Attorneys for Everest Indemnity        Attorneys for Plaintiff Daeil Ro
    Insurance Company
26

STIPULATED MOTION TO DISMISS PLAINTIFF DAEIL RO'S          Page 1      **Bullivant|Houser|Bailey PC**
CLAIMS WITH PREJUDICE                                                  1700 Seventh Avenue, Suite 1810
No.: 2:16-cv-664                                                       Seattle, Washington 98101-1397
                                                                      Telephone: 206.292.8930

1

IT IS SO ORDERED this _7th_ day, of November 2017.

2

3

_____MMS Lasnik_____

4

HONORABLE ROBERT S. LASNIK

5

Submitted By:

6

BULLIVANT HOUSER BAILEY PC

7

By      /s/ Daniel R. Bentson

8       Daniel R. Bentson, WSBA #36825
        E-mail: dan.bentson@bullivant.com

9       Owen R. Mooney, WSBA #45779
        E-mail: owen.mooney@bullivant.com

10      1700 Seventh Ave., Suite 1810

11      Seattle, Washington 98101
        206.292.8930

12

13      Attorneys for Defendant Everest Indemnity Insurance
        Company

14

        HARPER HAYES PLLC

15

By      /s/ Charles K. Davies (per email authorization)

16      Gregory L. Harper, WSBA #27311
        greg@harperhayes.com

17      Charles K. Davis, WSBA #38231
        cdavis@harperhayes.com

18      Harper Hayes PLLC
        One Union Square

19      600 University Street, Suite 2420
        Seattle, Washington 98101

20      Telephone:  206.340.8010

21      Attorneys for Plaintiff Daeil Ro

22

23

24

25

26

STIPULATED MOTION TO DISMISS PLAINTIFF DAEIL RO'S          Page 2          Bullivant|Houser|Bailey PC
CLAIMS WITH PREJUDICE                                                      1700 Seventh Avenue, Suite 1810
No.: 2:16-cv-664                                                           Seattle, Washington 98101-1397
                                                                           Telephone: 206.292.8930